**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIMECORAL, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| CAREERBUILDER, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**PLAINTIFF'S COMPLAINT**

Plaintiff LimeCoral, Ltd. ("LimeCoral") for its Complaint against Defendant

CareerBuilder, LLC ("CareerBuilder"), alleges as follows:

**NATURE OF THE ACTION**

1.      This is an action for infringement under the Copyright Act, 17 U.S.C. § 101, *et

seq.*, and related claims for breach of contract and unjust enrichment.

**THE PARTIES**

2.      Plaintiff LimeCoral is a Nevada limited liability company having a principal place

of business in Reeds Springs, Missouri.  LimeCoral is in the business of creating original media

files including static graphics, animated graphics, custom HTML, and various interactive designs

used for website and online advertisement display.  LimeCoral does business in the State of

Illinois and in this District.

3.      Upon information and belief, Defendant CareerBuilder is a company formed

under the laws of the State of Illinois, with a principal place of business in Chicago, Illinois.

CareerBuilder has extensive and continuous contacts within the State of Illinois and this District.

1

4.     Upon information and belief, CareerBuilder, alone or in concert with others, makes and offers for sale, online employment advertisements for use by customers throughout the United States, including in this District.  A substantial portion of the actions alleged herein took place within this District.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the district courts have original jurisdiction of any civil action arising under any Act of Congress related to copyrights and the laws of the United States, and pursuant 28 U.S.C. § 1367(a) because district courts have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6.     This Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

7.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(a) in that CareerBuilder resides within this District, the claims herein arise out of CareerBuilder's acts within this District, and CareerBuilder has had systematic and continuous contacts with this jurisdiction.

## FACTS COMMON TO ALL CLAIMS

8.     LimeCoral was founded by Brian Schoenholtz.  Schoenholtz is a former employee of CareerBuilder.  He initially worked as a Sales Agent and then the Associate Director of Interactive Design at CareerBuilder.  He assisted CareerBuilder's successful entry into the online

digital creative media market by conceptualizing and producing CareerBuilder's first line of Premium Branding Products, and by initiating development of the CB Media Department. He was responsible for, among other things, creating original media files including static graphics, animated graphics, custom HTML, and various interactive designs for use on CareerBuilder clients' online job posting pages and in other requested client locations.

9. Schoenholtz left CareerBuilder in 2008, on good terms, at the request of CareerBuilder to form an interactive advertisement company that could support CareerBuilder's expansion of the CB Media Department. Schoenholtz formed LimeCoral to assist in that process. LimeCoral began working with CareerBuilder as an independent contractor creating original media files including static graphics, animated graphics, custom HTML, and various interactive designs for use on CareerBuilder customers' job posting pages and websites.

10. LimeCoral and CareerBuilder entered into an Independent Contractor Agreement effective October 1, 2008 ("the 2008 Agreement"). Under the 2008 Agreement, CareerBuilder agreed to provide LimeCoral 50 percent of CareerBuilder's Online Design Services orders, and LimeCoral agreed to create original media files including static graphics, animated graphics, custom HTML, and various interactive designs for CareerBuilder customers. LimeCoral was promised through email communications and verbal discussions a long term and lucrative relationship with CareerBuilder as long as the Premium Branding Product line proved to be successful.

11. The 2008 Agreement had a six-month term and ended April 1, 2009. LimeCoral and CareerBuilder did not renew the 2008 Agreement. CareerBuilder no longer wanted any formal agreement for the relationship with LimeCoral.

12.    After the 2008 Agreement ended, LimeCoral continued creating, on a project-by-project basis, original media files for CareerBuilder.  These media files were created without a work-made-for-hire or assignment agreement, affording LimeCoral all right, title, and interest in the copyright for those media files.  LimeCoral did, however, allow CareerBuilder to use those media files under a license conditioned on (1) CareerBuilder's payment for the works, both initial and all renewal fees, and (2) CareerBuilder's continuing to provide LimeCoral with a sufficient number of Online Design Services orders.  LimeCoral did not grant CareerBuilder any rights to sublicense to third parties or produce any derivative works based on the original media files created by LimeCoral.

13.    CareerBuilder sold projects utilizing LimeCoral original media files to customers for use for set one-year terms.  CareerBuilder paid LimeCoral a one-time license fee for use of each work for the initial one-year term of the project between CareerBuilder and the CareerBuilder customer for whom the project had been created.  CareerBuilder and LimeCoral agreed that at the end of a one-year term of a given project, if a customer renewed the project, CareerBuilder would pay LimeCoral a renewal fee.  It was discussed and agreed that those renewals would be given to the original design team that had created the work.

14.    The license that LimeCoral provided CareerBuilder for use of media files was for an unspecified period of time and, therefore, terminable at will.  If terminated, CareerBuilder was authorized to use a licensed work for no more than the remainder of the initial one-year term, or any renewal period for which CareerBuilder had paid the renewal fee.  CareerBuilder was not authorized to continue to use LimeCoral media files for any additional term.

15.    CareerBuilder included work orders in approximately 50% of the projects that CareerBuilder sent to LimeCoral.  The remaining 50% of projects were not issued with a work

order.  Many work orders stated that any more than two revisions by the contractor to a completed work would result in an additional $100/hour revision charge, to be paid by CareerBuilder to the contractor.  Revision fees were an agreed upon amount discussed by LimeCoral and CareerBuilder in several instances.  CareerBuilder, however, has paid for only some, but not all, revision charges incurred by LimeCoral for additional revisions made to completed projects.

16.     In 2012, CareerBuilder proposed that LimeCoral agree to a work-made-for-hire agreement, the effect of which would have transferred ownership of any works created by LimeCoral to CareerBuilder.  LimeCoral rejected the proposed work-made-for-hire agreement. CareerBuilder nonetheless continued to send hundreds of projects to LimeCoral for further completion under the project-by-project payment terms, subject to an obligation for CareerBuilder to pay LimeCoral renewal amounts, if a customer renewed a project, as had been the course of dealing between the parties.

17.     From 2008 to July 2014, numerous CareerBuilder customers renewed projects containing LimeCoral original media files.  CareerBuilder, however, failed to pay LimeCoral renewal amounts on all licensed projects that were renewed.

18.     In 2013, CareerBuilder updated their Premium JobBranding template.  LimeCoral assisted in building the new template without compensation.  The new template required that all CareerBuilder Premium JobBranding projects would have to be rebuilt to new specifications. CareerBuilder agreed that any conversions would have to be completed by the original contractor who created the project.  Thereafter, however, CareerBuilder failed to provide LimeCoral with the opportunity to complete the Premium JobBranding projects it had created, as had been promised.

19. In 2014, CareerBuilder substantially reduced the volume of Online Design Service orders being provided to LimeCoral. Because of this reduction, LimeCoral was no longer being sufficiently compensated to justify continuation of CareerBuilder's license. Therefore, LimeCoral notified CareerBuilder by letter dated July 17, 2014, that it revoked CareerBuilder's license to use any media file designed by LimeCoral between 2008 and 2014. LimeCoral directed CareerBuilder to remove LimeCoral's media files from CareerBuilder's various online locations within 15 business days.

20. Despite revocation of the license, CareerBuilder has continued to use hundreds of LimeCoral media files after expiration of the initial one-year term for the projects and after expiration of the term for renewed projects for which CareerBuilder has paid a renewal fee.

21. Upon information and belief, CareerBuilder has also exceeded the scope of the license granted by LimeCoral by providing original LimeCoral media files to other CareerBuilder design contractors working on different projects, without LimeCoral's authorization, and has allowed other design contractors to copy and prepare derivative works from LimeCoral's works.

## COUNT I – BREACH OF CONTRACT

### A. CAREERBUILDER'S FAILURE TO PAY RENEWAL FEES

22. LimeCoral alleges the allegations in the preceding paragraphs as if fully restated in Count I of this Complaint.

23. LimeCoral's promise to create original media files on a project-by-project basis, as an independent contractor, and CareerBuilder's promise that at the end of the one-year term of a project, if a customer renewed the project, CareerBuilder would pay LimeCoral a renewal fee, is a valid and enforceable contract, adequately supported by consideration.

24.     LimeCoral has fulfilled all conditions precedent to demanding performance of CareerBuilder's agreement to pay renewal fees.

25.     CareerBuilder has used certain LimeCoral original media files for longer than the one-year term of projects.  LimeCoral has been paid one-year renewal amounts on some, but not all, licensed projects that have been renewed.

26.     CareerBuilder's failure to pay all renewal amounts on renewed projects constitutes a material breach of contract with LimeCoral.

### B.  CAREERBUILDER'S FAILURE TO PAY FOR REVISIONS

27.     CareerBuilder's agreement to pay LimeCoral $100/hour for any more than two revisions to a completed work is a valid and enforceable contract, adequately supported by consideration.

28.     LimeCoral has fulfilled all conditions precedent to demanding performance of CareerBuilder's agreement to pay $100/hour for revisions beyond the two revisions allowed for each completed work.

29.     LimeCoral has been paid on some revisions, but not all.

30.     CareerBuilder's failure to pay all revision amounts on projects constitutes a material breach of contract with LimeCoral.

### C.  CAREERBUILDER'S FAILURE TO PAY FOR CONVERSIONS

31.     CareerBuilder's agreement that LimeCoral would be given the opportunity to complete any conversion for projects that were originally created by LimeCoral is a valid and enforceable contract, adequately supported by consideration.

32.    LimeCoral has fulfilled all conditions precedent to demanding performance of CareerBuilder's agreement that LimeCoral would be given the opportunity to complete any conversion for projects that were originally created by LimeCoral.

33.    LimeCoral has completed proper format and has been paid on some, but not all, conversion requests for projects originally created by LimeCoral.

34.    CareerBuilder's failure to pay all conversion amounts on projects constitutes a breach of contract with LimeCoral.

### D.  HARM CAUSED BY CAREERBUILDER'S BREACH OF CONTRACT

35.    As a direct and proximate result of CareerBuilder's breaches of contract, LimeCoral is entitled to money damages in an amount that is not presently ascertainable, which will be provided at the time of trial, but is reasonably estimated to exceed the sum of $75,000.00.

36.    Upon information and belief, CareerBuilder continues to use LimeCoral original digital media files for customers, without payment of renewal fees to LimeCoral.  LimeCoral has been, and will continue to be, irreparably harmed by CareerBuilder's breach of contract, and is without a complete and adequate remedy at law, unless CareerBuilder is enjoined from further breach.

37.    There is an estimated 750 or more LimeCoral projects still in use by CareerBuilder, even after LimeCoral notified CareerBuilder in July 2014 that it lacked authority to continue to use LimeCoral original media files.

### COUNT II – COPYRIGHT INFRINGEMENT

### A.  PLAINTIFF'S COPYRIGHT OWNERSHIP

38.    LimeCoral alleges the allegations in the preceding paragraphs as if fully restated in Count II of this Complaint.

## JOBBRANDINGS – HTML Copyrights

39.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Aptean - HMTL," a screenshot copy of which is attached hereto as Exhibit 1.

40.     The custom HTML for the Premium JobBranding – Aptean – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

41.     Copyright in the Premium JobBranding – Aptean – HMTL webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 2.

42.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – AGL - HMTL," a screenshot copy of which is attached hereto as Exhibit 3.

43.     The custom html for the Premium JobBranding – AGL – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

44.     Copyright in the Premium JobBranding – AGL – HMTL webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 4.

45.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Axcess Financial - HMTL," a screenshot copy of which is attached hereto as Exhibit 5.

46. The custom html for the Premium JobBranding – Axcess Financial – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

47. Copyright in the Premium JobBranding – Axcess Financial – HMTL webpage advertisement was registered on March 1, 2015. A copy of the registration is attached hereto as Exhibit 6.

48. LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Clinical RM - HMTL," a screenshot copy of which is attached hereto as Exhibit 7.

49. The custom html for the Premium JobBranding – Clinical RM – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

50. Copyright in the Premium JobBranding – Clinical RM – HMTL webpage advertisement was registered on March 1, 2015. A copy of the registration is attached hereto as Exhibit 8.

51. LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Hess," a screenshot copy of which is attached hereto as Exhibit 9.

52. The custom html for the Premium JobBranding – Hess – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

53. Copyright in the Premium JobBranding – Hess – HMTL webpage advertisement was registered on March 1, 2015. A copy of the registration is attached hereto as Exhibit 10.

54.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Kavaliro," a screenshot copy of which is attached hereto as Exhibit 11.

55.     The custom html for the Premium JobBranding – Kavaliro – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

56.     Copyright in the Premium JobBranding – Kavaliro – HMTL webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 12.

57.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Midwest Dental," a screenshot copy of which is attached hereto as Exhibit 13.

58.     The custom html for the Premium JobBranding – Midwest Dental – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

59.     Copyright in the Premium JobBranding – Midwest Dental – HMTL webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 14.

60.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Pacific Dental Services," a screenshot copy of which is attached hereto as Exhibit 15.

61.     The custom html for the Premium JobBranding – Pacific Dental Services – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

62.     Copyright in the Premium JobBranding – Pacific Dental Services – HMTL webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 16.

63.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – SPX," a screenshot copy of which is attached hereto as Exhibit 17.

64.     The custom html for the Premium JobBranding – SPX – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

65.     Copyright in the Premium JobBranding – SPX – HMTL webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 18.

66.     LimeCoral owns copyright to original media files related to the webpage advertisement titled "Premium JobBranding – Stivers Staffing," a screenshot copy of which is attached hereto as Exhibit 19.

67.     The custom html for the Premium JobBranding – Stivers Staffing – HMTL webpage advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of text.

68.     Copyright in the Premium JobBranding – Stivers Staffing – HMTL webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 20.

## JOBBRANDINGS – GRAPHICS Copyrights

69.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Advance America - Graphics," a screenshot copy of which is attached hereto as Exhibit 21.

70.     The audiovisual work for the Premium JobBranding – Advance America - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

71.     Copyright in the Premium JobBranding – Advance America - Graphics webpage advertisement was registered on March 10, 2015.  A copy of the registration is attached hereto as Exhibit 22.

72.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Bentley Systems - Graphics," a screenshot copy of which is attached hereto as Exhibit 23.

73.     The compilation and audiovisual work for the Premium JobBranding – Bentley Systems - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

74.     Copyright in the Premium JobBranding – Bentley Systems - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 24.

75.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Dynamic Rehab - Graphics," a screenshot copy of which is attached hereto as Exhibit 25.

76.     The 2-D artwork, Graphic background coloring, animated graphic header, static graphic footer, graphic borders, cropping of photographic imagery, and overall graphic positioning for the Premium JobBranding – Dynamic Rehab - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

77.     Copyright in the Premium JobBranding – Dynamic Rehab - Graphics webpage advertisement was registered on February 25, 2015.  A copy of the registration is attached hereto as Exhibit 26.

78.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Graymont - Graphics," a screenshot copy of which is attached hereto as Exhibit 27.

79.     The 2-D artwork, graphic artwork, and compilation of photographs for the Premium JobBranding – Graymont - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

80.     Copyright in the Premium JobBranding – Graymont - Graphics webpage advertisement was registered on March 10, 2015.  A copy of the registration is attached hereto as Exhibit 28.

81.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Greyhound - Graphics," a screenshot copy of which is attached hereto as Exhibit 29.

82.     The 2-D artwork, graphic artwork, and compilation of photographs for the Premium JobBranding – Greyhound - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

83.     Copyright in the Premium JobBranding – Greyhound - Graphics webpage advertisement was registered on March 10, 2015.  A copy of the registration is attached hereto as Exhibit 30.

84.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – HCR ManorCare - Graphics," a screenshot copy of which is attached hereto as Exhibit 31.

85.     The 2-D artwork for the Premium JobBranding – HCR ManorCare - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

86.     Copyright in the Premium JobBranding – HCR ManorCare - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 32.

87.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Kum & Go - Graphics," a screenshot copy of which is attached hereto as Exhibit 33.

88.     The 2-D artwork for the Premium JobBranding – Kum & Go - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

89.     Copyright in the Premium JobBranding – Kum & Go - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 34.

90.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – MK Personnel - Graphics," a screenshot copy of which is attached hereto as Exhibit 35.

91.     The 2-D artwork for the Premium JobBranding – MK Personnel - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

92.     Copyright in the Premium JobBranding - MK Personnel - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 36.

93.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – NexCare Health Systems - Graphics," a screenshot copy of which is attached hereto as Exhibit 37.

94.     The 2-D artwork for the Premium JobBranding – NexCare Health Systems - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

95.     Copyright in the Premium JobBranding - NexCare Health Systems - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 38.

96.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Paper Source - Graphics," a screenshot copy of which is attached hereto as Exhibit 39.

97.     The 2-D artwork for the Premium JobBranding – Paper Source - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

98.     Copyright in the Premium JobBranding – Paper Source - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 40.

99.     LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – ProTech - Graphics," a screenshot copy of which is attached hereto as Exhibit 41.

100.    The 2-D artwork for the Premium JobBranding – ProTech - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

101.    Copyright in the Premium JobBranding – ProTech - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 42.

102.    LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Soliant Health - Graphics," a screenshot copy of which is attached hereto as Exhibit 43.

103.    The 2-D artwork for the Premium JobBranding – Soliant Health - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

104.    Copyright in the Premium JobBranding – Soliant Health - Graphics webpage advertisement was registered on March 1, 2015.  A copy of the registration is attached hereto as Exhibit 44.

105. LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Warren Avertt - Graphics," a screenshot copy of which is attached hereto as Exhibit 45.

106. The 2-D artwork, graphic artwork, and compilation of photographs for the Premium JobBranding – Warren Avertt - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

107. Copyright in the Premium JobBranding – Warren Avertt - Graphics webpage advertisement was registered on March 1, 2015. A copy of the registration is attached hereto as Exhibit 46.

108. LimeCoral owns copyright in an original webpage advertisement titled "Premium JobBranding – Zoll Life Vest - Graphics," a screenshot copy of which is attached hereto as Exhibit 47.

109. The 2-D artwork, graphic artwork, and compilation of photographs for the Premium JobBranding – Zoll Life Vest - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

110. Copyright in the Premium JobBranding – Zoll Life Vest - Graphics webpage advertisement was registered on March 1, 2015. A copy of the registration is attached hereto as Exhibit 48.

### TALENT NETWORKS Copyrights

111. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - Aimco - Graphics," a screenshot copy of which is attached hereto as Exhibit 49.

112.     The 2-D artwork for the Talent Network - Aimco - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

113.     Copyright in the Talent Network - Talent Network - Aimco - Graphics webpage advertisement was registered on February 26, 2015.  A copy of the registration is attached hereto as Exhibit 50.

114.     LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - AppStar Financial - Graphics," a screenshot copy of which is attached hereto as Exhibit 51.

115.     The 2-D artwork for the Talent Network - AppStar Financial - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

116.     Copyright in the Talent Network - Talent Network - AppStar Financial - Graphics webpage advertisement was registered on February 26, 2015.  A copy of the registration is attached hereto as Exhibit 52.

117.     LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - BioReference Lab - Graphics," a screenshot copy of which is attached hereto as Exhibit 53.

118.     The 2-D artwork, graphic artwork, and compilation of photographs for the Talent Network - BioReference Lab - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

119. Copyright in the Talent Network - Talent Network - BioReference Lab - Graphics webpage advertisement was registered on February 26, 2015. A copy of the registration is attached hereto as Exhibit 54.

120. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - Clayton Homes - Graphics," a screenshot copy of which is attached hereto as Exhibit 55.

121. The 2-D artwork for the Talent Network - Clayton Homes - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

122. Copyright in the Talent Network - Talent Network - Clayton Homes - Graphics webpage advertisement was registered on February 26, 2015. A copy of the registration is attached hereto as Exhibit 56.

123. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - Guitar Center - Graphics," a screenshot copy of which is attached hereto as Exhibit 57.

124. The 2-D artwork for the Talent Network - Guitar Center - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

125. Copyright in the Talent Network - Talent Network - Guitar Center - Graphics webpage advertisement was registered on February 26, 2015. A copy of the registration is attached hereto as Exhibit 58.

126. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - Ingram Micro - Graphics," a screenshot copy of which is attached hereto as Exhibit 59.

127. The 2-D artwork for the Talent Network - Ingram Micro - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

128. Copyright in the Talent Network - Talent Network - Ingram Micro - Graphics webpage advertisement was registered on February 26, 2015. A copy of the registration is attached hereto as Exhibit 60.

129. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - Interval International - Graphics," a screenshot copy of which is attached hereto as Exhibit 61.

130. The compilation of photos for the Talent Network - Interval International - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

131. Copyright in the Talent Network - Talent Network - Interval International - Graphics webpage advertisement was registered on February 26, 2015. A copy of the registration is attached hereto as Exhibit 62.

132. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network - Kroger - Graphics," a screenshot copy of which is attached hereto as Exhibit 63.

133. The 2-D artwork for the Talent Network - Kroger - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

134.     Copyright in the Talent Network - Talent Network - Kroger - Graphics webpage advertisement was registered on February 26, 2015.  A copy of the registration is attached hereto as Exhibit 64.

135.     LimeCoral owns copyright in an original webpage advertisement titled "Talent Network – Lead Staffing - Graphics," a screenshot copy of which is attached hereto as Exhibit 65.

136.     The compilation of photos for the Talent Network – Lead Staffing - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

137.     Copyright in the Talent Network - Talent Network – Lead Staffing - Graphics webpage advertisement was registered on February 26, 2015.  A copy of the registration is attached hereto as Exhibit 66.

138.     LimeCoral owns copyright in an original webpage advertisement titled "Talent Network – Oakwood Worldwide - Graphics," a screenshot copy of which is attached hereto as Exhibit 67.

139.     The 2-D artwork for the Talent Network – Oakwood Worldwide - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

140.     Copyright in the Talent Network - Talent Network – Oakwood Worldwide - Graphics webpage advertisement was registered on February 26, 2015.  A copy of the registration is attached hereto as Exhibit 68.

141. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network – Protective Life Corp - Graphics," a screenshot copy of which is attached hereto as Exhibit 69.

142. The compilation of photos for the Talent Network – Protective Life Corp - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

143. Copyright in the Talent Network - Talent Network – Protective Life Corp - Graphics webpage advertisement was registered on February 26, 2015. A copy of the registration is attached hereto as Exhibit 70.

144. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network – Reliance One - Graphics," a screenshot copy of which is attached hereto as Exhibit 71.

145. The 2-D Artwork and Graphic Design for the Talent Network – Reliance One - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

146. Copyright in the Talent Network - Talent Network – Reliance One - Graphics webpage advertisement was registered on February 26, 2015. A copy of the registration is attached hereto as Exhibit 72.

147. LimeCoral owns copyright in an original webpage advertisement titled "Talent Network – Rexam - Graphics," a screenshot copy of which is attached hereto as Exhibit 73.

148. The compilation of photos for the Talent Network – Rexam - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

149.    Copyright in the Talent Network - Talent Network – Rexam - Graphics webpage advertisement was registered on February 25, 2015.  A copy of the registration is attached hereto as Exhibit 74.

150.    LimeCoral owns copyright in an original webpage advertisement titled "Talent Network – Rich's Products - Graphics," a screenshot copy of which is attached hereto as Exhibit 75.

151.    The 2-D artwork for the Talent Network – Rich's Products - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

152.    Copyright in the Talent Network - Talent Network – Rich's Products - Graphics webpage advertisement was registered on February 26, 2015.  A copy of the registration is attached hereto as Exhibit 76.

153.    LimeCoral owns copyright in an original webpage advertisement titled "Talent Network – Uncle Julio's - Graphics," a screenshot copy of which is attached hereto as Exhibit 77.

154.    The 2-D artwork for the Talent Network – Uncle Julio's - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

155.    Copyright in the Talent Network - Talent Network – Uncle Julio's - Graphics webpage advertisement was registered on February 26, 2015.  A copy of the registration is attached hereto as Exhibit 78.

**MICROSITE Copyright**

156.     LimeCoral owns copyright in an original webpage advertisement titled "Careers Page - Ahold USA Careers - Graphics," a screenshot copy of which is attached hereto as Exhibit 79.

157.     The Compilation of Photos for the Careers Page - Ahold USA Careers - Graphics advertisement constitutes proper subject matter for copyright under § 102 of the Copyright Act (17 U.S.C. § 102), as a work of visual art.

158.     Copyright in the Careers Page - Ahold USA Careers - Graphics webpage advertisement was registered on March 10, 2015.  A copy of the registration is attached hereto as Exhibit 80.

**B.  DEFENDANT'S ACTS OF INFRINGEMENT**

159.     Following LimeCoral's July 17, 2014, revocation of CareerBuilder's license to use any media file designed by LimeCoral and demand for CareerBuilder to remove LimeCoral media files from CareerBuilder's various online locations within 15 business days, LimeCoral has not authorized CareerBuilder to reproduce, distribute, or sell the original media files related to the webpage advertisements HTML JobBranding -  Aptean, HTML JobBranding – AGL, HTML JobBranding - Axcess Financial, HTML JobBranding - Clinical RM, HTML JobBranding – Hess, HTML JobBranding – Kavaliro, HTML JobBranding – MidwestDental, HTML JobBranding - Pacific Dental Services, HTML JobBranding – SPX, HTML JobBranding - Stivers Staffing, Graphics JobBranding - Advance America, Graphics JobBranding - Bentley Systems, Graphics JobBranding - Dynamic Rehab, Graphics JobBranding – Graymont, Graphics JobBranding – Greyhound, Graphics JobBranding - HCR ManorCare, Graphics JobBranding - Kum & Go, Graphics JobBranding - MK Personnel, Graphics JobBranding - NexCare Health

Systems, Graphics JobBranding - Paper Source, Graphics JobBranding – ProTech, Graphics JobBranding - Soliant Health, Graphics JobBranding - Warren Averett, Graphics JobBranding - Zoll Life Vest, Talent Network – Aimco, Talent Network - AppStar Financial, Talent Network - BioReference Laboratories, Talent Network - Clayton Homes, Talent Network - Guitar Center, Talent Network - Ingram Micro, Talent Network - Interval International, Talent Network – Kroger, Talent Network - Lead Staffing, Talent Network - Oakwood Worldwide, Talent Network - Protective Life  Corporation, Talent Network - Reliance One, Talent Network – Rexam, Talent Network - Rich's Products, Talent Network - Uncle Julio's, Microsite - Ahold USA Careers or substantially similar works beyond the one-year project term for each of those works, or to make, reproduce, distribute or sell derivative works thereof.

160.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - Aptean by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - Aptean is attached as Exhibit 81.

161.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - AGL by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - AGL is attached as Exhibit 82.

162.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - Axcess Financial by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project

term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - Axcess Financial is attached as Exhibit 83.

163.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - Clinical RM by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - Clinical RM is attached as Exhibit 84.

164.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - Hess by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - Hess is attached as Exhibit 85.

165.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - Kavaliro by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - Kavaliro is attached as Exhibit 86.

166.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - MidwestDental by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - MidwestDental is attached as Exhibit 87.

167.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - Pacific Dental Services by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - Pacific Dental Services is attached as Exhibit 88.

168.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - SPX by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - SPX is attached as Exhibit 89.

169.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work HTML JobBranding - Stivers Staffing by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work HTML JobBranding - Stivers Staffing is attached as Exhibit 90.

170.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Advance America by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Advance America is attached as Exhibit 91.

171.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Bentley Systems by reproducing, distributing and selling

copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Bentley Systems is attached as Exhibit 92.

172. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Dynamic Rehab by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Dynamic Rehab is attached as Exhibit 93.

173. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Graymont by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Graymont is attached as Exhibit 94.

174. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Greyhound by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Greyhound is attached as Exhibit 95.

175. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - HCR ManorCare by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - HCR ManorCare is attached as Exhibit 96.

176.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Kum & Go by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Kum & Go is attached as Exhibit 97.

177.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - MK Personnel by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - MK Personnel is attached as Exhibit 98.

178.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - NexCare Health Systems by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - NexCare Health Systems is attached as Exhibit 99.

179.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Paper Source by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Paper Source is attached as Exhibit 100.

180.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - ProTech by reproducing, distributing and selling copies of

the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - ProTech is attached as Exhibit 101.

181. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Soliant Health by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Soliant Health is attached as Exhibit 102.

182. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Warren Averett by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Warren Averett is attached as Exhibit 103.

183. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Graphics JobBranding - Zoll Life Vest by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Graphics JobBranding - Zoll Life Vest is attached as Exhibit 104.

184. CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Aimco by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Aimco is attached as Exhibit 105.

185.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - AppStar Financial by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - AppStar Financial is attached as Exhibit 106.

186.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - BioReference Laboratories by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - BioReference Laboratories is attached as Exhibit 107.

187.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Clayton Homes by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Clayton Homes is attached as Exhibit 108.

188.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Guitar Center by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Guitar Center is attached as Exhibit 109.

189.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Ingram Micro by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the

customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Ingram Micro is attached as Exhibit 110.

190.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Interval International by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Interval International is attached as Exhibit 111.

191.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Kroger by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Kroger is attached as Exhibit 112.

192.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Lead Staffing by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Lead Staffing is attached as Exhibit 113.

193.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Oakwood Worldwide by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Oakwood Worldwide is attached as Exhibit 114.

194.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Protective Life Corporation by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Protective Life Corporation – Graphics is attached as Exhibit 115.

195.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Reliance One by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Reliance One is attached as Exhibit 116.

196.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Rexam by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Rexam is attached as Exhibit 117.

197.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Rich's Products by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer.  A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Rich's Products is attached as Exhibit 118.

198.     CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Talent Network - Uncle Julio's by reproducing, distributing and selling copies of the

media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Talent Network - Uncle Julio's is attached as Exhibit 119.

199.    CareerBuilder has violated and continues to violate LimeCoral's exclusive rights in the work Microsite - Ahold USA Careers by reproducing, distributing and selling copies of the media file to customers without compensation, after the original one-year project term with the customer. A screenshot of CareerBuilder's website posting a copy of LimeCoral's copyrighted work Microsite - Ahold USA Careers is attached as Exhibit 120.

200.    Upon information and belief, CareerBuilder has contributed to the infringement by other parties of LimeCoral's exclusive rights in static graphics, animated graphic sequences, custom HTML, and various interactive solutions, including HTML JobBranding - Aptean, HTML JobBranding – AGL, HTML JobBranding - Axcess Financial, HTML JobBranding - Clinical RM, HTML JobBranding – Hess, HTML JobBranding – Kavaliro, HTML JobBranding – MidwestDental, HTML JobBranding - Pacific Dental Services, HTML JobBranding – SPX, HTML JobBranding - Stivers Staffing, Graphics JobBranding - Advance America, Graphics JobBranding - Bentley Systems, Graphics JobBranding - Dynamic Rehab, Graphics JobBranding – Graymont, Graphics JobBranding – Greyhound, Graphics JobBranding - HCR ManorCare, Graphics JobBranding - Kum & Go, Graphics JobBranding - MK Personnel, Graphics JobBranding - NexCare Health Systems, Graphics JobBranding - Paper Source, Graphics JobBranding – ProTech, Graphics JobBranding - Soliant Health, Graphics JobBranding - Warren Averett, Graphics JobBranding - Zoll Life Vest, Talent Network – Aimco, Talent Network - AppStar Financial, Talent Network - BioReference Laboratories, Talent Network - Clayton Homes, Talent Network - Guitar Center, Talent Network - Ingram Micro, Talent Network -

Interval International, Talent Network – Kroger, Talent Network - Lead Staffing, Talent Network - Oakwood Worldwide, Talent Network - Protective Life  Corporation, Talent Network - Reliance One, Talent Network – Rexam, Talent Network - Rich's Products, Talent Network - Uncle Julio's, Microsite - Ahold USA Careers.

201.    CareerBuilder continues to induce, cause, and/or materially contribute to infringement of LimeCoral's exclusive copyrights by inducing customers to republish and distribute LimeCoral's copyrighted media files.

202.    Upon information and belief, CareerBuilder has used original LimeCoral media files beyond the scope of the license provided by LimeCoral, including before the July 2014 revocation of the license for authorized uses.

203.    Upon information and belief, CareerBuilder has provided original LimeCoral media files to other CareerBuilder design contractors working on different projects, without LimeCoral's authorization, and allowed other design contractors to copy and prepare derivative works from LimeCoral's works.  CareerBuilder's actions constitute copyright infringement and violate 17 U.S.C. § 501.

204.    Upon information and belief, CareerBuilder's acts of infringement are willful, because its purpose and intent has been to profit by continuing to use beyond the period of the license without payment for LimeCoral's media files, and CareerBuilder copied from, and/or created derivatives of LimeCoral's media files with disregard and indifference toward LimeCoral's rights.

205.    LimeCoral has been damaged by Defendant's acts infringement.

206.    LimeCoral has suffered injury from Defendant's acts of infringement which are irreparable in nature.

207.     LimeCoral is without adequate remedy at law.

## COUNT III – UNJUST ENRICHMENT
### (In the alternative to Count I)

208.     LimeCoral alleges the allegations in the preceding paragraphs as if fully restated in Count III of this Complaint.

209.     In the alternative, CareerBuilder has made substantial revenue from and continues to derive pecuniary gain through unauthorized use of substantial portions of LimeCoral original media files and/or an unauthorized derivative work without LimeCoral's authorization or permission.

210.     CareerBuilder has been and continues to be unjustly enriched by use of LimeCoral's efforts creating original media files.

211.     LimeCoral has sustained injury, loss, and damages in excess of $75,000.00 as a result of CareerBuilder's actions.

## DEMAND FOR JUDGMENT

WHEREFORE, LimeCoral demands judgment as follows:

A.     Judgment against CareerBuilder in excess of $75,000.00, together with costs and disbursements, and attorneys' fees;

B.     An order requiring CareerBuilder to account for all gains, profits and advantages derived by their violations of the Copyright Act and acts of unjust enrichment;

C.     An order preliminarily and permanently enjoining CareerBuilder, its agents and servants, during the pendency of this action and permanently, from infringing LimeCoral's copyrights in any manner, and from publishing, selling, marketing, using or otherwise disposing of the unauthorized, derivative work, or any other materials of any kind or nature containing LimeCoral's copyrighted works.

D. An order requiring CareerBuilder to deliver to be impounded during the pendency of this action all copies of the unauthorized derivative work containing LimeCoral's copyrighted works, or any other materials of any kind or nature in CareerBuilder's possession containing LimeCoral's copyrighted works, and to deliver up for destruction all infringing copies and all matter for making such infringing copies.

E. Such other and further relief as the Court deems just and equitable.

## **JURY TRIAL DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and the Seventh Amendment to the Constitution of the United States, LimeCoral hereby demands a trial by jury of all issues triable in the above action.

Dated: August 26, 2015

By: /s/ Daniel M. Hinkle
SHOOK, HARDY & BACON L.L.P.
Daniel M. Hinkle
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195
Email: dhinkle@shb.com

Courtland C. Merrill (pro hac vice)
Cory D. Olson (pro hac vice)
ANTHONY OSTLUND
BAER & LOUWAGIE P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Email: cmerrill@anthonyostlund.com
colson@anthonyostlund.com

*Attorneys for Plaintiff LimeCoral, Ltd.*

**Exhibits to Complaint**

| |
|---|
| **1** - Premium JobBranding - Aptean HTML |
| **2** - TX 8-057-603 - Aptean HTML |
| **3** - Premium JobBranding - AGL HTML |
| **4** - TX 8-057-605 - AGL Resources HTML |
| **5** - Premium JobBranding - Axcess Financial HTML |
| **6** - TX 8-057-600 - Axcess Financial HTML |
| **7** - Premium JobBranding - Clinical RM HTML |
| **8** - TX 8-057-599 - Clinical RM HTML |
| **9** - Premium JobBranding - Hess HTML |
| **10** - TX 8-057-598 - Hess HTML |
| **11** - Premium JobBranding - Kavaliro HTML |
| **12** - TX 8-057-596 - Kavaliro HTML |
| **13** - Premium JobBranding - Midwest Dental HTML |
| **14** - TX 8-057-591 - Midwest Dental HTML |
| **15** - Premium JobBranding - Pacific Dental Services HTML |
| **16** - TX 8-057-594 - Pacific Dental HTML |
| **17** - Premium JobBranding - SPX HTML |
| **18** - TX 8-057-583 - SPX HTML |
| **19** - Premium JobBranding - Stivers Staffing HTML |
| **20** - TX 8-057-607 - Stivers Staffing HTML |
| **21** - Premium JobBranding - Advance America Page Graphics |
| **22** - VA 1-956-314 PJB Advance America |
| **23** - Premium JobBranding - Bentley Systems Page Graphics |
| **24** - VA 1-953-749 PJB Bentley Systems |
| **25** - Premium JobBranding - Dynamic Rehab Page Graphics |
| **26** - VA 1-951-223 PJB Dynamic Rehab |
| **27** - Premium JobBranding - Graymont Page Graphics |
| **28** - VA 1-956-259 PJB Graymont |
| **29** - Premium JobBranding - Greyhound Page Graphics |
| **30** - VA 1-956-276 PJB Greyhound |
| **31** - Premium JobBranding - HCR ManorCare  Page Graphics |
| **32** - VA 1-952-451 PJB HCR ManorCare |
| **33** - Premium JobBranding - Kum & Go Page Graphics |
| **34** - VA 1-952-452 PJB Kum & Go |
| **35** - Premium JobBranding - MK Personnel Page Graphics |
| **36** - VA 1-952-453 PJB MK Personnel |
| **37** - Premium JobBranding - NexCare Health Systems Page Graphics |
| **38** - VA 1-952-455 PJB NexCare Health Systems |
| **39** - Premium JobBranding - Paper Source Page Graphics |
| **40** - VA 1-952-456 PJB Paper Source |
| **41** - Premium JobBranding - ProTech Page Graphics |
| **42** - VA 1-952-459 PJB ProTech |
| **43** - Premium JobBranding - Soliant Health Page Graphics |

**Exhibits to Complaint**

| |
|---|
| **44** - VA 1-952-460 PJB Soliant Health |
| **45** - Premium JobBranding - Warren Averett Page Graphics |
| **46** - VA 1-956-252 PJB Warren Averett |
| **47** - Premium JobBranding - Zoll Life Vest Page Graphics |
| **48** - VA 1-956-250 PJB Zoll Life Vest |
| **49** - Talent Network - Aimco Graphics |
| **50** - VA 1-951-465 TN Aimco |
| **51** - Talent Network - AppStar Financial Graphics |
| **52** - VA1-959-469 TN AppStar Financial |
| **53** - Talent Network - BioReference Laboratories Graphics |
| **54** - VA 1-956-084 TN BioReference Lab |
| **55** - Talent Network - Clayton Homes Graphics |
| **56** - VA 1-951-464 TN Clayton Homes |
| **57** - Talent Network - Guitar Center Graphics |
| **58** - VA 1-951-433 TN Guitar Center |
| **59** - Talent Network - Ingram Micro Graphics |
| **60** - VA 1-951-471 TN Ingram Micro |
| **61** - Talent Network - Interval International Graphics |
| **62** - VA 1-956-424 TN Interval International |
| **63** - Talent Network - Kroger Graphics |
| **64** - VA 1-951-466 TN Kroger |
| **65** - Talent Network - Lead Staffing Graphics |
| **66** - VA-956-421 TN Lead Staffing |
| **67** - Talent Network - Oakwood Worldwide Graphics |
| **68** - VA 1-951-461 TN Oakwood Worldwide |
| **69** - Talent Network - Protective Life Corporation Graphics |
| **70** - VA 1-956-425 TN Protective Life Corp. |
| **71** - Talent Network - Reliance Once Graphics |
| **72** - VA 1-956-318 TN Reliance One |
| **73** - Talent Network - Rexam Graphics |
| **74** - VA 1-956-415 TN Rexam |
| **75** - Talent Network - Rich's Products Graphics |
| **76** - VA 1-951-470 TN Rich's Products |
| **77** - Talent Network - Uncle Julio's Graphics |
| **78** - VA 1-951-468 TN Uncle Julio's |
| **79** - Careers Page - Ahold USA Careers Page Graphics |
| **80** - VA 1-956-419 CP Ahold USA Careers |
| **81** - HTML JobBranding - Aptean - 9/2/2014 |
| **82** - HTML JobBranding - AGL - 8/28/2014 |
| **83** - HTML JobBranding - Access Financial - 8/22/2014 |
| **84** - HTML JobBranding - Clinical RM - 9/2/2014 |
| **85** - HTML JobBranding - Hess - 8/22/2014 |
| **86** - HTML JobBranding - Kavaliro - 2/28/2015 |

**Exhibits to Complaint**

| |
|---|
| **87** - HTML JobBranding - Midwest Dental - 2/28/2015 |
| **88** - HTML JobBranding - Pacific Dental Services - 2/28/2015 |
| **89** - HTML JobBranding - SPX - 8/22/2014 |
| **90** - HTML JobBranding - Stivers Staffing - 2/28/2015 |
| **91** - JobBranding - Advance America - 3/4/2015 (2011) |
| **92** - JobBranding - Bentley Systems - 2/24/2015 |
| **93** - JobBranding - Dynamic Rehab - 2/24/2015 |
| **94** - JobBranding - Graymont - 3/4/2015 (2011) |
| **95** - JobBranding - Greyhound - 3/4/2015 (2009) |
| **96** - JobBranding - HCR ManorCare - 2/24/2015 |
| **97** - JobBranding - Kum & Go - 2/24/2015 |
| **98** - JobBranding - MK Personnel - 2/24/2015 |
| **99** - JobBranding - NexCare Health Systems - 2/24/2015 |
| **100** - JobBranding - Paper Source - 2/24/2015 |
| **101** - JobBranding - ProTech - 2/24/2015 |
| **102** - JobBranding - Soliant Health - 2/24/2015 |
| **103** - JobBranding - Warren Averett - 2/24/2015 |
| **104** - JobBranding - Zoll Life Vest - 2/24/2015 |
| **105** - Talent Network - Aimco - 2/26/2015 |
| **106** - Talent Network - AppStar Financial - 2/24/2015 |
| **107** - Talent Network - BioReference Laboratories - 2/26/2015 |
| **108** - Talent Network - Clayton Homes - 2/26/2015 |
| **109** - Talent Network - Guitar Center - 2/26/2015 |
| **110** - Talent Network - Ingram Micro - 2/24/2015 |
| **111** - Talent Network - Interval International - 2/24/2015 |
| **112** - Talent Network - Kroger - 2/24/2015 |
| **113** - Talent Network - Lead Staffing - 2/24/2015 |
| **114** - Talent Network - Oakwood Worldwide - 2/26/2015 |
| **115** - Talent Network - Protective Life Corporation - 2/24/2015 |
| **116** - Talent Network - Reliance One - 2/24/2015 |
| **117** - Talent Network - Rexam - 2/24/2015 |
| **118** - Talent Network - Rich's Products - 2/24/2015 |
| **119** - Talent Network - Uncle Julio's - 2/24/2015 |
| **120** - Microsite - Ahold USA Careers - 3/4/2015 |